1  TUCKER ELLIS LLP
   Robert S. Crowder - SBN 199556
2  Robert.Crowder@tuckerellis.com
   515 South Flower Street, Forty Second Floor
3  Los Angeles, CA 90071
   Telephone:     213.430.3400
4  Facsimile:     213.430.3409

5  Attorneys for Plaintiff Sunteck Transport Company, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Sunteck Transport Company, LLC, | ) Case No. 2:21-cv-07396 MCS (RAOx) |
|---|---|
| Plaintiff, | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| Domestic Carrier, Inc. and West-East Transportation Company, | ) |
| Defendants. | ) |

AFFIDAVIT OF SERVICE

1

**CERTIFICATE OF SERVICE**

I, ROBERT S. CROWDER, declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On June 18, 2024, I served the following: **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT 74]** on the following interested parties in this action:

Domestic Carrier, Inc.
c/o Marine Torossian
8512 Wentworth St
Sunland, CA 91040

**(X)** **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

Executed on June 18, 2024 at Los Angeles, California.

*/s/ Robert S. Crowder*
ROBERT S. CROWDER